NO. 07-08-0118-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

JUNE 11, 2008
_____

AGAPITO HERNANDEZ, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE
_____

FROM THE 251ST DISTRICT COURT OF POTTER COUNTY;

NO. 33,020-C; HONORABLE ANA ESTEVEZ, JUDGE
_____

Before QUINN, C.J., and CAMPBELL and HANCOCK

**MEMORANDUM OPINION**

Appellant Agapito Pete Hernandez appeals his conviction for driving while intoxicated. The certification of right of appeal executed by the trial court states that "defendant has waived the right of appeal." By letter dated May 20, 2008, this Court notified appellant that the appeal was subject to dismissal based on the certification unless the Court received an amended certification providing the right of appeal or counsel provided other grounds for continuing the appeal. No amended certification was received during the time we allotted, nor has appellant informed us of any other grounds for

continuing the appeal.  Accordingly, we dismiss the appeal pursuant to Texas Rule of Appellate Procedure 25.2(d).

James T. Campbell
Justice

Do not publish.